# SLIPSHEET FOR

# EXHIBIT U

**Oppenheim Deposition Excerpts**

**(Motion to File Under Seal Pending)**